IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy trustee for the bankruptcy estate of Donna Jean Lunsford;<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>Defendants. | 8:20CV141<br><br>**ORDER** |

This matter is before the Court on its own motion. In an earlier order, the Court stated it would revisit the issue of a stay after reviewing briefing. Filing No. 112, Memorandum and Order at 3. It appears that the appeal in *Bassett v. Credit Bureau*, No. 16-449, 2019 WL 109343 (D. Neb.), *appeal docketed*, Nos. 21-2864 and 22-1206 (8th Cir.) may affect some issues in the present case and the Court now determines that a stay is proper. Accordingly,

IT IS ORDERED that

1. This action is stayed.

2. The pending motions for class certification and summary judgment (Filing Nos. 75 and 85) will be held in abeyance pending resolution of the *Bassett* appeal.

4. The parties shall notify the Court of the resolution of the *Bassett* case on appeal.

Dated this 23rd day of May, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge