IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy trustee for the bankruptcy estate of Donna Jean Lunsford;<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>Defendants. | 8:20CV141<br><br>ORDER |

This matter is before the Court sua sponte. The magistrate judge stayed this action and held it in abeyance pending resolution of the *Basset v. Credit Union*, No. 16-449, 2019 WL 109343 (D. Neb.), appeal docketed, Nos. 21-2864 and 22-1206 (8th Cir.). The parties are to notify the Court once these issues are resolved on appeal. *See* Filing No. 117. In the interim, the Court will deny all pending motions. These motions are subject to reassertion following the resolution of the *Bassett* appeal.

THEREFORE, IT IS ORDRED THAT THE Clerk of Court shall term all pending motions at this time.

Dated this 28th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge