IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy trustee for the bankruptcy estate of Donna Jean Lunsford, on behalf of themselves and all others similarly situated; and DONNA J. HAMILTON,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>　　　　　　　Defendants. | 8:20CV141<br><br>SECOND AMENDED<br>FINAL PROGRESSION ORDER |

　　　THIS MATTER is before the Court on the parties' Stipulation for Extension of Case Progression Deadlines. Filing No. 155. The motion is granted. Accordingly,

　　　IT IS ORDERED that the provisions of the Court's previous final progression order remain in effect, and in addition to those provisions, case progression shall be amended as follows:

1) The trial and pretrial conference will not be set at this time but will be set after the Court's ruling on Plaintiffs' motion for class certification. Accordingly, the parties are to contact the appointed special master or assigned Magistrate Judge to schedule a status conference to discuss the pretrial and trial setting within ten (10) days of the Court's ruling on Plaintiffs' motion for class certification.

2) The status conference presently set for **May 30, 2024, is hereby canceled**.

3) A status conference to discuss **case progression and the parties' interest in settlement** is set for **August 15, 2024** at **10:00 A.M.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference call, Filing No. 148.

4) The deadline for completion of remaining discovery is **July 31, 2024**.

5) The deadline to file motions for class certification is **August 14, 2024**.

6) The deadline for summary judgment motions is **September 17, 2024**.

7)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)     All requests to modify dates shall be presented to the assigned special master or Magistrate Judge for approval. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 8th day of May, 2024.

SIGNED:

s/ Kate O. Rahel
Appointed Special Master