IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy trustee for the bankruptcy estate of Donna Jean Lunsford, on behalf of themselves and all others similarly situated; and DONNA J. HAMILTON,<br><br>               Plaintiffs,<br><br>    vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>               Defendants. | 8:20CV141<br><br>**FOURTH AMENDED<br>FINAL PROGRESSION ORDER** |

    THIS MATTER is before the Court on the parties' Joint Motion to Amend Progression. ([Filing No. 172](#).) The motion is granted. Accordingly,

    IT IS ORDERED that the provisions of the Court's previous final progression order remain in effect, and in addition to those provisions, case progression shall be amended as follows:

1) The trial and pretrial conference will not be set at this time but will be set after the Court's ruling on Plaintiffs' motion for class certification. Accordingly, the parties are to contact the assigned Magistrate Judge to schedule a status conference to discuss the pretrial and trial setting within ten (10) days of the Court's ruling on Plaintiffs' motion for class certification.

2) The deadline for completing remaining discovery is **February 21, 2025.**

3) The deadline to file motions for class certification is **April 18, 2025.**

4) The deadline for filing motions for summary judgment is **May 19, 2025**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the appointed special master or assigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 20th day of September, 2024.

SIGNED:

s/ Kate O. Rahel
Appointed Special Master