IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, Bankruptcy trustee for the bankruptcy estate of Donna Jean Lunsford, on behalf of themselves and all others similarly situated; and DONNA J. HAMILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>Defendants. | 8:20CV141<br><br>**SIXTH AMENDED FINAL PROGRESSION ORDER** |

This matter is before the court on the Parties' Stipulation for Extension of Case Progression Deadlines. ([Filing No. 190](#)). For good cause shown, the motion is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time but will be set after the Court's ruling on Plaintiffs' motion for class certification. Accordingly, the parties are to contact the assigned Magistrate Judge to schedule a status conference to discuss the pretrial and trial setting within ten (10) days of the Court's ruling on the Plaintiffs' motion for class certification.

2) Plaintiff is to complete service of non-party vendor pursuant to Fed.R.Civ.P 45 and 30(b)(6) within thirty (30) days, or no later than June 20, 2025.

3) The deadline for completing remaining discovery is August 29, 2025.

4)   The deadline to file motions for class certification is October 1, 2025.

5)   The deadline for filing motions for summary judgment is October 1, 2025.

6)   The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 22nd day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge